**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF MAY 26, 2015**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

| | |
|---|---|
| WD77152 | Clint Jacobs vs. State of Missouri |
| WD77259 | Jeffrey S. Sterling vs. State of Missouri |
| WD77446 | Daron Peal vs. State of Missouri |
| WD77800 | Glen M. Groves vs. State of Missouri |


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

**None**